UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDOR J.A. EDRY and JACK EDRY<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, AND DOES 1 through 10, inclusive,<br><br>Defendant | Case No.: CV 20-826-DMG (MAAx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE [32]** |

Pursuant to the parties' Joint Stipulation to Dismiss Entire Case With Prejudice, the Court hereby dismisses the above-captioned action with prejudice.

IT IS SO ORDERED.

DATED: December 7, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1